FILED BY __ D.C.

05 JUN -6 PM 5: 02

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

FILED BY __ D.C.

2005 JUN -3 PM 3: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

# IN THE UNITES STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| ALAN BRAVERMAN, Defendant | ) ) ) |

MOTION GRANTED Case No.: 2:04CR20366-01

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

June 6, 2005
DATE

## MOTION TO CONTINUE SENTENCING DATE AND MEMORANDUM IN SUPPORT THEREOF

Comes now Defendant, Alan Braverman, by and through his attorney of record, L. Daniel Johnson, and moves the Court for an order to continue his sentencing, currently set for Tuesday, June 7, 2005, for approximately three weeks.

In support of his motion, Defendant Braverman would show that his plea agreement calls for him to make a make restitution in the approximate amount of approximately One Hundred Sixty Eight Thousand Dollars ($168,000.00). Defendant is attempting to raise the money and needs additional time to make arrangements.

In further support of this motion, Defendant Braverman, by and through Attorney of Record, L. Daniel Johnson, has consulted with United States Assistant Attorney Carroll Andre, and Mr. Andre has no objection to a short continuance of the sentencing date.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-7-05

45

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20366 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT