IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 26 AM 8:18

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 04-20366-MI/V |
| ALAN STEVEN BRAVERMAN, | ) |
| Defendant. | ) |

### ORDER GRANTING GOVERNMENT'S ORAL MOTION
### TO DISMISS COUNTS 2 THROUGH 23 OF THE INDICTMENT

This cause came before the court at the sentencing hearing in this matter on July 8, 2005, upon the oral motion of counsel for the United States to dismiss counts 2 through 23 of the indictment in this case pursuant to the terms of the plea agreement, and it appears to the Court that the plea agreement in this case having been accepted and sentence imposed on count 1 of the indictment, the government's motion is well taken and should be granted.

**SO ORDERED** this 25 day of August, 2005.

JON PHIPPS MCCALLA
United States District Judge


This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CR-20366 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT