FILED BY _____ D.C.

05 OCT 27 PH 4:37

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____

2005 OCT 27   AM 9: 12

THOMAS M. GOULD
CLERK, U.S. DIST. COURT
W/D OF TN, MEMPHIS

CLERK, U.S. DIST. COURT
W/D OF TN

UNITED STATES OF AMERICA,

   Plaintiff,

VS.

ALAN BRAVERMAN,

   Defendant.

NO. 2:04CR20366-MI

MOTION DENIED

Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT JUDGE

Oct. 27 2005
DATE

## MOTION TO EXTEND TIME FOR SURRENDER

Your defendant thorough his undersigned attorney respectfully moves the Court

to grant an extension of time to a date that the Court deems appropriate to surrender to

the designated prison and in support thereof would show unto the Court the following

reasons to-wit:

   1.   That the defendant has previously filed a Motion for Release pending an

appeal and that the government has filed a response to the said Motion opposing the

defendant's Motion to be Released Pending Appeal. The defendant filed a response to

the government's response on Monday, October 24, 2005.

   2.   The defendant has been advised by the case coordinator of this Court that

as of this date the Court, the Court has received all motions filed by both the defendant

and the government and has not ruled on the defendant's motion.

   3.   Your defendant would further show that since the surrender date is

scheduled for October 28, 2005, that an order extending such period of time would be

appropriate.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-28-05

1

Respectfully Submitted,

BRETT B. STEIN
ATTORNEY AT LAW
100 N. MAIN, #1921
MEMPHIS, TN 38103
(901) 521-0084

CERTIFICATE OF SERVICE

I, Brett B. Stein, do hereby certify that a copy of the foregoing Motion has been hand delivered to the U.S. Attorney on this 27 day of Oct 2005.

Brett B. Stein

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CR-20366 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Brett B. Stein
FINLEY & STEIN
236 Adams Avenue
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT